**MANDATE**

D.Conn /NHCT
02-cr-0249
Thompson, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 10 day of AuG two thousand and five,

Present:

    Hon. Dennis Jacobs,
    Hon. Barrington D. Parker,
                     *Circuit Judges.*
    Hon. John Gleeson,
                     *District Judge.*\*

---

United States of America,

                Appellee,

    v.                                        04-3899-cr

Albert Reed, Sr.,

                Defendant-Appellant.

---

The Appellant moves, with the consent of the Appellee, to remand the case for resentencing. Upon due consideration, it is ORDERED that the motion is GRANTED, and that, pursuant to United States v. Crosby, 397 F.3d 103, 118-20 (2d Cir. 2005), the case is REMANDED to the district court for that court to consider *whether* to resentence Appellant, after considering the currently applicable statutory requirements as explicated in United States v. Booker, __ U.S. __, 125 S.Ct. 738, 764 (2005), and Crosby.

Any appeal taken from the district court following this remand and resentencing, if it occurs, can be initiated only by filing a new notice of appeal. See Fed. R. App. P. 3, 4 (b).

A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order.

                                          FOR THE COURT:
                                          Roseann B. MacKechnie, Clerk

                                          By: *Lucille Carr*

---

\*The Honorable John Gleeson, of the United States District Court for the Eastern District of New York, sitting by designation.

SAO CG

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
      DEPUTY CLERK

ISSUED AS MANDATE: AUG 3 1 2005