UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

———————

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:02CR249 (AWT) |
| VS. | |
| ALBERT REED, SR. | SEPTEMBER 16, 2005 |

## INDEX TO RECORD ON APPEAL

| | **No. of Pages** |
|---|---|
| Cert. Copy of Docket Sheet | 10 |

| | **Document No.** |
|---|---|
| Indictment, doc. #1 | 1 |
| Judgment, doc #301 | 2 |
| Corrected Judgment, doc #302 | 3 |
| Notice of Appeal, doc #303 | 4 |

Respectfully submitted,

DEFENDANT, ALBERT REED, SR.

BY_____
   JONATHAN J. EINHORN, ESQ.
   412 ORANGE STREET
   NEW HAVEN, CT 06511
   TELEPHONE: (203) 777-3777
   FACSIMILE : (203) 782-1721
   Email address: jnhorn@aol.com
   Fed. Bar No. ct00163

**CERTIFICATION**

      I hereby certified that a copy of the foregoing was sent via first class mail, postage prepaid, this 16th day of September, 2005 to the following counsel of record:

Peter Markle, Esq.
Michael Gustafson, Esq.
H. Gordon Hall, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, Connecticut  06510

                                      _____
                                      JONATHAN J. EINHORN