**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNNECTICUT**

```
-------------------------------x
UNITED STATES OF AMERICA       :
                               :
v.                             :   CRIMINAL NO. 3:02CR249(AWT)
                               :
ALBERT REED, SR.               :
-------------------------------x
```

**ORDER**

Pursuant to the defendant's appeal, the Court of Appeals has remanded this case for further proceedings in conformity with United States v. Crosby, 397 F.3d 103 (2d Cir. 2005). Accordingly, by no later than July 1, 2006, the defendant shall file a memorandum setting forth his position as to why the court should have imposed a nontrivially different sentence if, at the time of sentencing, it had understood sentencing law as subsequently explained by the Supreme Court in United States v. Booker, 543 U.S. 220 (2005). See Crosby, 397 F.3d at 118-20. The government shall file a response within 21 days of the filing of the defendant's memorandum.

It is so ordered.

Dated this 1st day of June 2006 at Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge