UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:02CR249 (RNC) |
| VS. | |
| ALBERT REED, SR. | SEPTEMBER 27, 2006 |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF**
**CROSBY REMAND AND RESENTENCING**

This matter has been remanded to the District Court by mandate filed August 10, 2005 to determine whether or not it is appropriate to resentence Albert Reed, Sr. if the Court would have imposed a materially different sentence if the Sentencing Guidelines had been advisory.

**I. PROCEDURAL HISTORY**

On May 12, 2003 the defendant pled guilty of conspiracy to possess with intent to distribute 50 grams or more of Cocaine Base in violation of 21 USC §846. He was sentenced on October 31, 2003 to a term of incarceration of 132 months. The defendant filed a timely notice of appeal. Thereafter in light of the Supreme Court's decision in *United States v. Booker,* 125 S.Ct 738 (2003), and the Court of Appeals' decision in *United States v. Crosby*, 397 F.3rd 103 (2nd Cir. 2005) this remand was ordered.

**II. ARGUMENT**

In this pre-Booker sentencing the Court departed downward to give the defendant credit for his cooperation under Guidelines section 5K1.1 (a copy of

the sentencing transcript is attached).  However, at sentencing the Court did not give the

defendant credit for other issues, nor did it consider a non-guideline sentence which is now applicable.

Specifically, the facts of this case cry out for a non-guidelines sentence. This is a gravely ill defendant who will likely die in custody. He is afflicted with HIV and a heart ailment. At sentencing he could hardly speak due to lesions on his vocal cords. Defendant is subject to a mandatory minimum of 120 months, which would seem more appropriate under the circumstances.

Finally the defendant would request this Court compare the sentences awarded to Mr. Reed's co-defendants in this case in order to determine whether or not there is an unwarranted sentencing disparity (there are two files involving similar defendants, one with 12 co-defendants under Docket no. 3:02 cr 00249 (AWT) and the other with 19 co-defendants under Docket no. 3:02cr00250 (AWT). Such issues were not considered by the Court at sentencing.

THE DEFENDANT,
ALBERT REED, SR.

BY_____
JONATHAN J. EINHORN, HIS ATTORNEY
412 ORANGE STREET
NEW HAVEN, CT 06511/Fed Bar No. ct00163
TEL NO. (203) 777-3777
JNHORN@AOL.COM

**CERTIFICATION**

This is to certify that a true and accurate copy of the foregoing was mailed, postage prepaid this 27th day of September, 2007 to: Peter Markle, Esq., U.S. Attorney's Office, 157 Church Street, New Haven, Connecticut 06510

_____
JONATHAN J. EINHORN

Case 3:02-cr-00249-AWT    Document 384    Filed 10/03/2006    Page 4 of 4