## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:02cr249(AWT) |
| VS. | |
| ALBERT REED, SR. | MARCH 19, 2008 |

### MOTION OF DEFENDANT ALBERT REED, SR. RE: REDUCTION OF SENTENCE CRACK COCAINE OFFENSE 18 U.S.C. § 3582

Defendant ALBERT REED, SR., in the above-captioned criminal matter, through counsel, respectfully moves the Court hereby to reduce the sentence imposed upon him by the Court on October 31, 2003, pursuant to 18 U.S.C. §3582 and the recent amendments to the sentencing guidelines governing crack cocaine offenses.

The Defendant was sentenced to a term of imprisonment of 132 months, based upon his guilty plea to a conspiracy to possess with intent to distribute 50 grams or more of cocaine base. Pursuant to the recent Guidelines§ 1B1.10 amendment, he would be entitled to a two-level reduction from level 27, category VI (130-162 months to offense level 25, category VI (110-137 months). Because this conviction carries a mandatory minimum of 120 months, he would be limited to a reduction from 132 months to 120 months.

WHEREFORE, in light of the foregoing, the Notice of the Government, and the Addendum prepared by and submitted by the United States Probation Office, Defendant respectfully moves this Court to grant this motion to reduce Defendant's sentence pursuant to 18 U.S.C. §3582 and in light of Amendment 706 to the United States Sentencing Guidelines.

Defendant respectfully moves that his motion be granted.

        RESPECTFULLY SUBMITTED,
        DEFENDANT, ALBERT REED, SR.


        BY _____
        JONATHAN J. EINHORN, ESQ.
        412 ORANGE STREET
        NEW HAVEN, CONNECTICUT 06511
        203-777-3777
        FEDERAL BAR NO.  ct00163


## **CERTIFICATION**

      I hereby certify that on March 12, 2008, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

        _____
        JONATHAN J. EINHORN