# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Albert Reed, Sr. ) | Case No: 3:02CR00249(AWT) |
| ) | USM No: 14832-014 |
| Date of Previous Judgment: November 5, 2003 ) | Jonathan J. Einhorn, Esq. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __132__ months **is reduced to** __118__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 34 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 292 to 365 months | Amended Guideline Range: | 262 to 327 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
  ☐ The reduced sentence is within the amended guideline range.
  ☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
  ☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __11/05/2003__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: May 14, 2008                                   /s/AWT
                                                                        Judge's signature

Effective Date: June 16, 2008                     Alvin W. Thompson, United States District Judge
     (if different from order date)                             Printed name and title