Albert Reed

Reg. # 14832-014 / Federal Prison Camp - Canaan / P.O. Box 200 / Waymart, PA 18472

15 July 2008

Sent Via SPC-Canaan "Legal Mail".
Recorded in prison log book.

Hon. Alvin W. Thompson, U.S.D.J.

c/o Clerk
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street
Hartford, CT    06103


Re: United States v. Reed
    Case No.:  3:02-cr-00249(AWT)

---

LETTER MOTION FOR SECOND MODIFICATION OF SENTENCE
PURSUANT TO 18 U.S.C. §3582(c)(2)
and
AMENDMENT 715 U.S.S.G.

---

Dear Judge Thompson:

This "Letter Motion for Second Modification of Sentence" is submitted and filed pro se following the decision of the Court on May 14, 2008 allowing a one (1) point reduction in the U.S.S.G. (from offense level 35 to level 34); and reducing the term of imprisonment from 132 months to 118 months.

The original motion for reduction was filed in March 2008 following the enactment of Amendment 706 by the Sentencing Commission; and being made retroactive effective March 3, 2008.

The Government filed a reply brief [ Government's Amended Notice Regarding Motion to Reduce Sentence Pursuant to 18 U.S.C. §3582(c)] (Docket # 407) on April 1, 2008. That amended motion moved the Court

-1-

Hon. Alvin W. Thompson, U.S.D.J.
Letter Motion - Second Modification
15 July 2008
Page 2

to reduce the Defendant's sentence one (1) point to 118 months. The Court accepted the Government's recommendation and Ordered the reduction in its Order of May 14, 2008. (copy annexed).

Defendant now returns to the Honorable Court having been made aware of Amendment **715** enacted by the Sentencing Commission;and being effective on **May 1, 2008**; while the Defendant's original motion was pending before this Court.

Amendment **715** (retroactive) was effected to correct several "anomalies" contained in the revised sentencing table as a result of errors in Amendment **706** (converting "crack" into marihuana equivilents). In the now revised Drug Quantity Table the Defendant's base offense level has been decreased to Level 30 (50 grams of "crack" but less than 150 grams). With corresponding enhancements the Defendant's offense level should be at **33** not the **34** as the Court's initial calculation reflects. (A two level decrease from the original level 35 to level 33 is correct). United States v. Singleton, 2008 US Dist. Lexis 45106 (W.D. VA June 10, 2008); United States v. Smith, 2008 US Dist. Lexis 40486 (E.D. Tennessee May 19, 2008); United States v. Tynes, 546 F.Supp. 2d 319 (E.D. VA 2008). (all noting excellent post incarceration conduct).
(Defendant annexes Male Custody Classification Form showing clear conduct and mimimum security level).

Based upon the foregoing, but not limited to same, **Defendant moves the Honorable Court to reduce his sentence** an additional fourteen (14) months (as it allowed in the initial reduction) to reflect the additional point decrease effected by Amendment **715**, in the interests of justice; and to provide any and all other relief the Court deems just and proper according to law.

Respectfully Submitted this 15th day of July 2008.

*[signature]* pro se
Albert Reed, pro se

-2-

## CERTIFICATE OF SERVICE

     I, Albert Reed, hereby certify that a copy of this "Letter Motion for Second Modification of Sentence Pursuant to 18 U.S.C. §3582(c)(2) and Amendment 715" has been caused to be placed in the SPC-Canaan "Legal Mail" system and recorded in the prison log book; sent first class mail, postage prepaid; on the _15th_ day of July 2008; for delivery to the following:

AUSA H. Gordon Hall  
U.S. Attorney's Office  
157 Church Street  
New Haven, CT    06510

Jonathan J. Einhorn, Esq.  
Attorney-At-Law  
412 Orange Street  
New Haven, CT    06511

                                            _/s/ Albert Reed_  
                                            Albert Reed

------------------------------------------------------------

AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Albert Reed, Sr. ) | Case No: 3:02CR00249(AWT) |
| ) | USM No: 14832-014 |
| Date of Previous Judgment: November 5, 2003 ) | Jonathan J. Einhorn, Esq. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __132__ months **is reduced to** __118__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 34 | |
| Criminal History Category: | VI | Criminal History Category: | VI | |
| Previous Guideline Range: | 292 to 365 months | Amended Guideline Range: | 262 to 327 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __11/05/2003__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __May 14, 2008__                              __/s/AWT__
                                                              Judge's signature

Effective Date: __June 16, 2008__                         __Alvin W. Thompson, United States District Judge__
(if different from order date)                                Printed name and title

```
                            (A) IDENTIFYING DATA
REG NO..: 14832-014            FORM DATE: 11-08-2007            ORG: CAA
NAME....: REED, ALBERT SR
                               MGTV: NONE
PUB SFTY: NONE                 MVED:
                            (B) BASE SCORING
DETAINER: (0) NONE             SEVERITY.......: (3) MODERATE
MOS REL.: 53                   CRIM HIST SCORE: (08) 12 POINTS
ESCAPES.: (0) NONE             VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A              AGE CATEGORY...: (0) 55 AND OVER
EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                            (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%   PROG PARTICIPAT: (1) AVERAGE
LIVING SKILLS...: (1) AVERAGE  TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE     FAMILY/COMMUN..: (4) GOOD

                  --- LEVEL AND CUSTODY SUMMARY ---
BASE  CUST  VARIANCE  SEC TOTAL  SCORED LEV  MGMT SEC LEVEL  CUSTODY  CONSIDER
+11   +18   -2        +9         MINIMUM     N/A             OUT      DECREASE


G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```