UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:02CR249(AWT) |
| | : | |
| ALBERT REED, SR. | : | July 22, 2008 |

**GOVERNMENT'S RESPONSE REGARDING MOTION TO REDUCE
SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)**

The defendant had moved for a reduction in his sentence pursuant to an amendment to the crack Guidelines which became effective on March 1, 2008. Although he was originally sentenced pursuant to the crack Guidelines, he also qualified as a career offender. When his crack Guidelines are re-calculated under the amendment, they fall below his career offender calculation, so that latter calculation governs. *See* U.S.S.G. § 4B1.1(b). This was the basis for the Government's recommendation that a new sentence of 118 months be imposed which was contained in its memorandum of March 28, 2008, which recommendation was accepted by the Court. It does not appear that Amendment 715, on which the defendant now relies, affects the appropriate calculation. Accordingly, the Government stands by its earlier position.

### III.    CONCLUSION

The Government submits that, pursuant to 18 U.S.C. § 3582(c), the Court should exercise its discretion to lower the defendant's sentence from 132 months of incarceration to 118 months of incarceration pursuant to the amendment.

Respectfully submitted,

NORA R. DANNEHY
ACTING UNITED STATES ATTORNEY


H. GORDON HALL
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct05153
157 Church Street
New Haven, Connecticut  06510
(203) 821-3700
Gordon.hall@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of July, 2008, I caused a copy of the foregoing Notice to be sent by first-class mail, postage prepaid, to the following:

    Jonathan Einhorn, Esq.
    412 Orange Street
    New Haven, CT 06511

    Albert Reed, Sr.
    Reg. No. 14832-014
    Canaan USP
    P.O. Box 300
    Waymart, PA 18472

    H. GORDON HALL
    ASSISTANT UNITED STATES ATTORNEY